IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, as subrogee of Tom Hart : : Plaintiff(s), : - vs - : DELL, INC.; SIMPLO TECHNOLOGY CO. LTD.; LG ELECTRONICS U.S.A., INC.; and NEWEGG, INC. : Defendant(s). : | Case No. 3:19-CV-223 District Judge Thomas M. Rose Magistrate Judge Sharon L. Ovington |

ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (c), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington, ADR Coordinator, for the purpose of overseeing the mediation process. The parties would request mediation be scheduled for the first available appointment convenient for all parties.

Dated: April 28, 2021             *s/Thomas M. Rose*

                                              Thomas M. Rose, Judge
                                              United States District Court