# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, as subrogee of Tom Hart,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DELL, INC.; SIMPLO TECHNOLOGY CO. LTD.; LG ELECTRONICS U.S.A., INC.; and NEWEGG, INC.,<br><br>　　　　Defendants. | Case No.: 3:19-cv-223<br><br>Judge Thomas Rose<br><br>**<u>ORDER OF DISMISSAL: TERMINATION ENTRY</u>** |

The Court having been advised that the above matter has been settled (*see* 06/08/2021 Docket Entry), IT IS ORDERED that this action is hereby DISMISSED, with prejudice as to the parties, provided that any of the parties may, upon good cause shown within 60 days, reopen the action if settlement is not consummated.

Parties may submit a substitute Judgment Entry once settlement is consummated. Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

　　　　IT IS SO ORDERED.

July 7, 2021

　　　　　　　　　　　　　　　　　　　　　　　*s/Thomas M. Rose*　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Honorable Thomas M. Rose
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge